IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **CANOPY MORTGAGE, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | **4:25-CV-00120-CDL** |
| **MARKELL DEVANTE ROUNDTREE,** | § | |
| *et al.* | § | |
| **Defendants.** | § | |

## CONSENT ORDER AS TO UNITED STATES OF AMERICA

This matter is before the Court upon consent of the plaintiff Canopy Mortgage, LLC (hereinafter the "Plaintiff") and Defendant the United States of America (hereinafter the "United States").

Plaintiff filed this action seeking judicial foreclosure of real property located at the reported mailing address of 5002 Shirley Ann Drive, Columbus, Georgia (the "Subject Property"). Plaintiff's Original Complaint (filed April 10, 2025; hereinafter, the "Complaint"). Plaintiff has joined Defendant the United States based on the security deed which was filed and recorded in the official real property records of Muscogee County, Georgia, on April 24, 2024 (the "Federal Security Deed"). Complaint ¶ 14. The Federal Security Deed is attached to the Complaint as Plaintiff's Exhibit No. 4. *Id.* The validity, priority, and unpaid balance of Federal Security Deed as set forth above is uncontested by Plaintiff.

The United States does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale. Plaintiff and the United

States agree that this Consent Order does not affect the United States's ability to pursue collection on the Federal Security Deed as provided by law and said Federal Security Deed shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property ordered pursuant to the Complaint.

THEREFORE, it is HEREBY ORDERED that the relief sought by Plaintiff in its Complaint as against the United States is hereby granted to the extent set forth above. Plaintiff shall not receive any award or judgment for attorneys' fees, costs, or other monetary damages against the United States.

It is FURTHER ORDERED that Plaintiff shall provide the United States, through counsel for the United States, and the U.S. Department of Housing and Urban Development with notice and copies of all documents in this action, including correspondence and pre- and post-judgment pleadings, whether presented to the judge or to the clerk of the court. In addition, Plaintiff shall provide to the United States, in the same manner set forth above, notice of any excess proceeds and notice of any agreement between debtor and Plaintiff which delays judgment or judicial sale of the property.

It is FURTHER ORDERED that Defendant United States of America is hereby relieved from making any further court appearances in the case prior to notice of excess funds arising from any foreclosure sale of the Subject Property.

SO ORDERED and Signed this 11th day of August, 2025.

                                        S/Clay D. Land
                                      The Honorable Clay D. Land
                                      Judge, Middle District of Georgia

Respectfully submitted and consented to by:[1]

**PADGETT LAW GROUP**               **WILLIAM R. KEYES**
                                    UNITED STATES ATTORNEY

---

[1] The Court observes that although Defendant Roundtree appears to have been served in this action, he has made no appearance. Accordingly, he has not expressly consented to this consent order, but his failure to appear or otherwise respond is interpreted by the Court as lack of objection on his part to this Order.

3

| | |
|---|---|
| *ls/Thomas Sears* | *ls/Bernard Snell (with express permission)* |
| Thomas Sears, GBN 633810 | Bernard Snell |
| Devon Reeves, GBN 805635 | Assistant U.S. Attorney |
| 3490 Piedmont Road NE, Suite 1475 | Georgia Bar No. 665692 |
| Atlanta, Georgia 30305 | United States Attorney's Office |
| 850-422-2520 Telephone | Middle District of Georgia |
| Tom.Sears@padgettlawgroup.com | P.O. Box 1702 |
| Devon.Reeves@padgettlawgroup.com | Macon, Georgia 31202 |
| gaattorney@padgettlawgroup.com | 478-621-2732 Telephone |
| **Counsel for the Plaintiff** | Bernard.Snell@usdoj.gov |
| | **Counsel for the United States** |